AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ ARKANSAS _____

UNITED STATES OF AMERICA

v.

JESUS QUINONEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:12cr00169-03 JMM

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

James M. Moody - District Judge
Name of Judge        Title of Judge

7/10/2013
Date